IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEITH K. JOINER,

    Petitioner,

v.                                                   CASE NO. 1:07-cv-00181-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 11, Motion for Extension of Time, filed by James McDonough. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response to the habeas petition no later than **February 7, 2008**. Petitioner may file a reply no later than **March 7, 2008.**

**DONE AND ORDERED** this *18th* day of January, 2008.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**