IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEITH K. JOINER,

    Petitioner,

v.                                           CASE NO. 1:07-cv-181-MMP-AK

JAMES MCDONOUGH,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 15, Motion for Extension of Time, by Keith Joiner. For good cause shown, the Court finds the motion is well taken and is **GRANTED**. Petitioner shall file his reply no later than **April 21, 2008.**

    **DONE AND ORDERED** this  **26**th  day of February, 2008.

                                           *s/ A. KORNBLUM*
                                           **ALLAN KORNBLUM**
                                           **UNITED STATES MAGISTRATE JUDGE**